UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO JULIUS BRADLEY, SR,<br><br>            Plaintiff,<br><br>   v.<br><br>BRANDON MIRES, et al.,<br><br>            Defendant. | Case No. C22-5806-JHC-SKV<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' Motion to Dismiss, Dkt. 11, is DENIED.

    (3)    This matter is STAYED until the underlying state court criminal proceedings against Plaintiff conclude.

    (4)    Plaintiff is ORDERED to file a status report with this Court every **one hundred and twenty (120) days**, informing the Court of the status of his state court criminal proceedings. Plaintiff's first status report will be due on or before **July 24, 2023**.

    / / /

ORDER - 1

   (5)  Within **thirty (30) days** after the state court issues a mandate or certificate of finality in his state court criminal proceedings, Plaintiff is ORDERED to file a motion to lift the stay in this action.

   (6)  The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

   Dated this 24th day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2