UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JULIUS BRADLEY, SR,

              Plaintiff,

    v.

BRANDON MIRES, et al.,

             Defendant.

Case No. C22-5806-JHC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On March 24, 2023, the Court entered an Order staying this case pending the conclusion of the underlying state court criminal proceedings against Plaintiff. Dkt. 17. The Court further instructed Plaintiff to file a report every 120 days informing the Court of the status of the state court proceedings. *Id.* On June 23, 2023, Plaintiff timely filed his first status report. Dkt. 21. Plaintiff's second status report is due on or before October 24, 2023.

Dated this 26th day of June, 2023.

                                          Ravi Subramanian
                                          Clerk of Court

                                        By: s/ Stefanie Prather
                                          Deputy Clerk

MINUTE ORDER - 1