UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JULIUS BRADLEY, SR,

    Plaintiff,

v.

BRANDON MIRES, et al.,

    Defendants.

Case No. C22-5806-JHC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On March 24, 2023, the Court entered an Order staying this case pending the conclusion of the underlying state court criminal proceedings against Plaintiff. Dkt. 17. The Court further instructed Plaintiff to file a report every 120 days informing the Court of the status of the state court proceedings. *Id.* On January 8, 2024, Plaintiff timely filed his third status report. Dkt. 27. Plaintiff's fourth status report is due on or before **May 7, 2024**.

Dated this 10th day of January, 2024.

                                                      Ravi Subramanian
                                                      Clerk of Court

                                                     By: s/ Stefanie Prather
                                                       Deputy Clerk

MINUTE ORDER - 1