UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JULIUS BRADLEY, SR,

                    Plaintiff,

        v.

BRANDON MIRES, et al.,

                    Defendants.

Case No. C22-5806-JHC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On March 24, 2023, the Court entered an Order staying this case pending the conclusion of the underlying state court criminal proceedings against Plaintiff. Dkt. 17. The Court further instructed Plaintiff to file a report every 120 days informing the Court of the status of the state court proceedings. *Id*. On January 10, 2025, Plaintiff timely filed his seventh status report. Dkt. 37. Plaintiff's eighth status report is due on or before **May 22, 2025**.

Dated this 22nd day of January, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1