1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JULIUS BRADLEY, SR,

                            Plaintiff,

        v.

BRANDON MIRES, et al.,

                            Defendants.

Case No. C22-5806-JHC-SKV

ORDER

14     This 42 U.S.C. § 1983 matter was stayed by order of the Court on March 24, 2023, to

15  allow the underlying criminal proceedings to run their course while preventing Plaintiff's claims

16  from extinguishing under the applicable statute of limitations. *See* Dkt. 17. Plaintiff, proceeding

17  pro se, has filed a motion to lift that stay. Dkt. 39. In his motion, Plaintiff confirms that his

18  criminal case has concluded and he is being transferred to the Washington Corrections Center

19  (WCC) in Shelton, Washington.[1] *Id.* at 1.

20  ///

21

22        [1] The Court acknowledges Plaintiff's concern regarding his ability to file or respond to activity on
23  the docket while he is in receiving at WCC. *See* Dkt. 39 at 3-4. Given that there are no deadlines
    currently pending for Plaintiff, however, his concern is premature. If Plaintiff's ability to meet any future
    deadlines is impacted by his inability to file or access legal materials, the Court will take such limitations
    into consideration.

The Court, being fully informed, hereby ORDERS:

1) Plaintiff's request to lift the stay, Dkt. 39, is GRANTED. The stay in this matter is lifted and Defendants shall have **sixty (60) days** from the date of this Order to respond to Plaintiff's complaint by filing an answer or a Rule 12 motion.

2) The Clerk is directed to send copies of this order to the parties and to the Honorable John H. Chun.

Dated this 21st day of February, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 2