UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JULIUS BRADLEY, SR.,

    Plaintiff,

v.

BRANDON MIRES, ET AL.,

    Defendants.

Case No. C22-5806-JHC-SKV

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 52, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, to which there is no objection.

(2)    Defendants' Motion for Summary Judgment at Docket No. 44 is GRANTED.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 31st day of October, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 1